RICHARD DANIELS *v.* CITY OF HARTFORD ET AL.
(6947)

SPALLONE, STOUGHTON and NORCOTT, Js.

Submitted on briefs December 8—decision released December 14, 1988

*John P. Clarkson* filed a brief for the appellants (defendants).

*Dennis G. Hersh* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.